COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-08-095-CV

 

 

IN RE J.C. HARRIS
QUALIFIED SETTLEMENT FUND

 

 

                                                                                                        

                                               ----------

            FROM
THE 348TH DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered AAppellants= Motion
To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant,
for which let execution issue.  See Tex. R. App. P. 43.4.

PER CURIAM

 

PANEL D:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

 

DELIVERED:  April 10, 2008











[1]See Tex. R. App. P. 47.4.